Provost
v.
Johnson.

PROVOST *vs.* JOHNSON and others.

On receiving a *cassetur billa vel vreve*, a defendant may at the next term file the same, and enter a rule in the common rule book for judgment for costs.

AFTER a plea in abatement in this cause, the plaintiff served the defendants' attorney with a *cassetur billa*, who at the next term filed the same, and entered a rule in in the common rule book for judgment for costs. The plaintiff moved to set aside such judgment.

March 19.

*By the Court*, NELSON, J. The defendants in this case are entitled to recover costs, 2 R. S. 615, § 16, and I see no objection to the practice adopted by the defendants. A motion in open court for leave to enter judgment for costs would have been a matter of form, and would have created unnecessary expense. The motion to set aside the judgment is denied.*

* Decided at special term, commencing 7th *February*.